UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/14/22___
```

JOHNSON CONTROLS, INC.,

              Plaintiff,

   -against-

PLATINUM ELECTRIC, INC., et al.,

           Defendants.

21-CV-6385 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      For the reasons discussed at today's status conference, defendant Platinum Electric, Inc. may seek an extension of the June 27, 2022 discovery deadline, if necessary, but only after making reasonable efforts to schedule any remaining depositions before the current deadline. Any extension request must be made before that deadline.

Dated: New York, New York
      June 14, 2022

                    **SO ORDERED**.

                    _____

                    **BARBARA MOSES**
                    **United States Magistrate Judge**